NICOLA T. HANNA
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
LARA A. BRADT, CSBN 289036
    Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL A. REINHART,<br><br>    Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 2:18-CV-10616-SK<br><br>**JUDGMENT OF REMAND** |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date: September 9, 2019

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE