# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL A. REINHART,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,[1]<br><br>　　Defendant. | No. 2:18-CV-10616-SK<br><br>**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [EAJA] [28 U.S.C. §2412(d)].** |

GOOD CAUSE APPEARING, this court hereby awards attorney's fees in the amount of $5,200.00 be paid by Defendant, Commissioner of the Social Security Administration ("Defendant") pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d)(1)(A).

Dated: October 11, 2019　　By: /s/ Steve Kim

---

[1] Andrew M. Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

ORDER ON STIPULATION FOR AWARD OF ATTORNEY'S FEES
PURSUANT TO EAJA

*- Reinhart vs. Commissioner of Social Security*　　　　CV-10616

ORDER ON STIPULATION FOR AWARD OF ATTORNEY'S FEES
PURSUANT TO EAJA

*- Reinhart vs. Commissioner of Social Security*     CV-10616